## Trimble Estate.

Argued March 24, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD and COHEN, JJ.

278

*Ella Graubart* and *Thomas E. Whitten,* with them *Patterson, Crawford, Arensberg & Dunn,* for appellants.

*John C. Hanna,* with him *John A. Metz, Jr.,* and *Metz, McClure, Hanna & MacAlister,* for appellees.

OPINION PER CURIAM, April 21, 1958:

The opinion for the court *en banc* correctly disposed of the appellants' contentions so adequately that nothing is to be gained by further judicial discussion of the legal issues raised on these appeals.

Decree affirmed at the appellants' costs.

Mr. Justice BENJAMIN R. JONES took no part in the consideration or decision of this case.